## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tracy Eslick,

              Plaintiff,

vs.

City of Las Vegas, *et al.*,

              Defendants.

Case No. 2:25-cv-02068-MMD-MDC

**ORDER TO PAY THE FILING FEE OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS**

    *Pro se* plaintiff Tracy Eslick filed a complaint (ECF No. 2-1), but she did not pay the filing fee or file an application to proceed *in forma pauperis*. Under 28 U.S.C. § 1914(a), a filing fee is required to commence a civil action in federal court. Under 28 U.S.C. § 1915(a)(1), a plaintiff may bring a civil action "without prepayment of fees or security thereof" if the plaintiff submits a financial affidavit that demonstrates the plaintiff "is unable to pay such fees or give security therefor." Plaintiff must pay the full filing fee or file an application to proceed in forma pauperis.

    ACCORDINGLY,

    **IT IS SO ORDERED** that plaintiff has until **April 10, 2026**, to pay the filing fee in full or file an application to proceed *in forma pauperis*. Failure to comply with this order may result in a recommendation of dismissal of this case.

    IT IS SO ORDERED.

    DATE: March 10, 2026.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.